ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Powell Industries Inc. ) ASBCA No. 61730
)
Under Contract No. FA4528-18-C-4001 )

APPEARANCE FOR THE APPELLANT: Mr. Curtis A. Powell
  President

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
  Erika L. Whelan Retta, Esq.
  Maj Michelle E. Gregory, USAF
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 7, 2019

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61730, Appeal of Powell Industries Inc., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals